Laurie B. Mapes, OSB #841670
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice:  (503) 543-2900
Fax:  (503) 543-3676

Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


| | |
|---|---|
| TARA C.,[1] | Case No.  6:19-cv-00147-YY |
| Plaintiff, | |
| v. | |
| COMMISSIONER, SOCIAL  SECURITY ADMINISTRATION, | ORDER (EAJA) |
| Defendant. | |

_____

        Based on the stipulated motion of the parties, it is ORDERED that attorney fees in the

amount of $7,097.63 are awarded to Plaintiff under the Equal Access to Justice Act, 28 U.S.C. §

2412(d).  The parties agree that Plaintiff has assigned the EAJA attorney fees to Plaintiff's

attorney.  The attorney fees shall be paid to Plaintiff's attorney, Drew L. Johnson, P.C., subject

_____

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the nongovernmental party in this case.

ORDER - 1

to verification that Plaintiff does not have a debt which qualifies for offset against the EAJA fees

under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010).  If

Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, Drew L.

Johnson, P.C.  If Plaintiff has such a debt, then the check for any remaining funds after offset of

the debt shall be made payable to Plaintiff.  The check, regardless of the named payee, shall be

mailed to Plaintiff's attorney, Drew L. Johnson, at 1700 Valley River Drive, Eugene, OR  97401.


        DATED this ___27th___ day of ___April_____, 2020.


                         /s/ Youlee Yim You
                         _____
                         Youlee Yim You
                         United States Magistrate Judge


SUBMITTED BY:

Drew L. Johnson
OSB #75200
(541) 434-6466
(541) 434-6366 (FAX)
sherwoodreese@comcast.net
Attorney for Plaintiff

ON:

April 27, 2020

ORDER - 2